

| | |
|---|---|
| HON. BRENDA R. GILBERT<br>District Judge<br>Sixth Judicial District<br>414 East Callender Street<br>Livingston, Montana 59047<br>(406) 222-4130 | **FILED**<br>MAY 1 3 2019<br>Clerk, U S District Court<br>District Of Montana<br>Billings<br>PARK COUNTY CLERK<br>OF DISTRICT COURT<br>JUNE LITTLE<br>2019 JAN 11 AM 11 27<br>FILED<br>BY _____<br>DEPUTY |

## MONTANA SIXTH JUDICIAL DISTRICT COURT, PARK COUNTY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

| | |
|---|---|
| PETER GREGORY MARCILLE,<br><br>     Plaintiff,<br><br>vs.<br><br>VICTOR JOSEPH SANCHEZ, and<br>John Does 1-3,<br><br>     Defendants. | Cause No. DV 18-124<br><br>**ORDER SETTING CASE<br>SCHEDULING CONFERENCE** |

BY ORAL ORDER OF THE COURT, pursuant to Rule 16, M.R.Civ.P., counsel for the parties and any unrepresented parties shall confer with Nancy L. MacCracken, the Court Administrator, on **Friday, January 25, 2019 at 9:30 a.m.** to create a case scheduling order in this matter. Counsel for Defendant Sanchez may appear by telephone by calling the office of the Court Administrator at 406-222-4130.

SO ORDERED this 11th day of January, 2019.

_____
Hon. Brenda R. Gilbert, District Judge

cc: Stephen Woodruff
    Gregory G. Smith / Matthew T. Meade
    Court Administrator

MWD 01/11/19-ME

1