PARK COUNTY CLERK
OF DISTRICT COURT
JUNE LITTLE

2019 MAR 11 PM 3 20

BY Molly Buckley
DEPUTY

FILED
MAY 13 2019
Clerk, U S District Court
District Of Montana
Billings

## MONTANA SIXTH JUDICIAL DISTRICT COURT, PARK COUNTY

\* \* \* \* \*

| | |
|---|---|
| PETER GREGORY MARCILLE, ) | Cause No. DV 18-124 |
| Plaintiff, ) | |
| -vs- ) | |
| VICTOR JOSEPH SANCHEZ and ) John Does 1-3, ) | |
| Defendants. ) | **O R D E R** |

Plaintiff's Motion for Stay of Proceedings having come before the Court in this matter, and good cause for granting said Motion appearing;

IT IS HEREBY ORDERED That Plaintiff's Motion for Stay is GRANTED. This matter is hereby stayed for a period of Thirty (30) days from and after the date that Plaintiff filed his Motion for Stay. This Stay of Proceedings applies to all pretrial matters pending in this action, including Plaintiff's discovery responses.

No further stays or extensions of any pretrial deadlines shall be issued to Plaintiff unless and until good cause is shown to the Court for any further extension of the deadlines in this action.

1

DATED this  11th  day of March, 2019.

*Brenda R. Gilbert*
THE HON. BRENDA GILBERT
DISTRICT JUDGE

cc:     Stephen E. Woodruff, Esq.
        Matthew T. Meade, Esq.

/mld
3-11-19
mtd

2