IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| PETER GREGORY MARCILLE, | CV 19-51-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |
| VICTOR JOSEPH SANCHEZ and John Does 1-3, | |
| Defendant. | |

Plaintiff Peter Gregory Marcille has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 11.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Plaintiff's counsel, Stephen E. Woodruff, may appear by telephone at the July 30, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 11th day of July, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge