FILED
9/11/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER GREGORY MARCILLE,<br><br>　　　　Plaintiff,<br>　v.<br><br>VICTOR JOSEPH SANCHEZ and<br>JOHN DOES 1-3,<br><br>　　　　Defendant. | CV 19-051-BLG-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO FILE AMENDED COMPLAINT** |

　　　　Plaintiff Peter Gregory Marcille has filed an unopposed Second Motion to File Amended Complaint. (Doc. 28.)　Marcille seeks leave to amend the allegations regarding jurisdiction and venue in this matter and include a demand for trial by jury, and attached a copy of the proposed Amended Complaint and Jury Demand as an exhibit to the motion pursuant to Civil Local Rule 15.1.

　　　　Good cause appearing, IT IS HEREBY ORDERED that Marcille's motion is GRANTED.

　　　　Marcille shall promptly file the Amended Complaint in accordance with Civil Local Rule 15.1 and no later than September 16, 2019, in accordance with

this Court's Scheduling Order. (*See* Doc. 20.)

DATED this 11th day of September, 2019.

                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge