IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER GREGORY MARCILLE, | CV 19-51-BLG-SPW-TJC |
| Plaintiff, | |
| v. | ORDER |
| VICTOR JOSEPH SANCHEZ and John Does 1-3, | |
| Defendants. | |

Upon the parties' Joint Motion to Dismiss with Prejudice (Doc. 33), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 27th day of April, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1